**Order entered November 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01230-CV

### IN RE ALEX PERRY NEAL, Relator

**Original Proceeding from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-84128-2019**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DISMISS** relator's October 8, 2019 petition for writ of habeas corpus. We **DENY AS MOOT** any pending motions.

/s/      LESLIE OSBORNE
JUSTICE